**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00218-WYD-MJW

ROBERT OTTO, and
JENNIFER OTTO,

      Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

      Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice [# 11] pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY

ORDER that this case is **DISMISSED WITH PREJUDICE**, each party to pay his, her or its own attorney's fees and costs.

Dated: April 3, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge